UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| RUBY L. KENNEDY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV406-147 |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

Defendant has filed a motion for remand of this case to the Office of Hearings and Appeals for a *de novo* hearing because the tape of the hearing held before the ALJ is blank and therefore inaudible in its entirety. Plaintiff does not object to defendant's motion. An administrative record is clearly necessary to the resolution of plaintiff's claims. Accordingly, the Court recommends that defendant's motion for remand be GRANTED.

**SO REPORTED AND RECOMMENDED** this 31st day of October, 2006.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA